**Order entered March 28, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01577-CV

## IN THE INTEREST OF J.A.S.C., J.A.L.C., N.D.C, AND G.S.C, CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-08960-T**

## ORDER

We **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, **no later than April 2, 2014**, either (1) a supplemental clerk's record containing a copy of all trial court orders that specifically establish the actions necessary for James Patrick Cook, Sr., to obtain the return of the children or (2) written verification that no such orders can be located.

/s/    DOUGLAS S. LANG
         JUSTICE